## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SCHNEIDER, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : NO. 15-3129 |
| PHILADELPHIA GAS WORKS, | : |
| Defendant. | : |

## ORDER

**AND NOW**, this _30th_ day of November, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. 21), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. 27), Plaintiff's Response to Defendant's Statement of Material Facts (Doc. 28), Defendant's Reply to Plaintiff's Response to Motion for Summary Judgment (Doc. 29), and Plaintiff's Sur-Reply Brief In Further Opposition to Defendant's Motion for Summary Judgement (Doc. 33), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

**IT IS FURTHER ORDERED** that this matter shall have a **TRIAL DATE CERTAIN** of **Monday, January 9, 2017 at 10:00 am** in Courtroom 16B, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated November _30_, 2016.